IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

RAVEN LICENSING LLC,

     Plaintiff,

v.                                            Case No. 4:19-cv-00112

NORTEK SECURITY & CONTROL LLC,

     Defendant.

_____/

**DEFENDANT NORTEK SECURITY & CONTROL, LLC'S**
**AGREED MOTION FOR EXTENSION TO RESPOND TO COMPLAINT**

     Defendant NORTEK SECURITY & CONTROL LLC, (hereinafter "NORTEK"), by and through its undersigned counsel, hereby moves for a twenty (20) day enlargement of time to respond to Plaintiff's Complaint, which motion and requested relief has been agreed to by counsel for Plaintiff, and as grounds therefore, Defendant NORTEK states:

     1.     Pursuant to Rule 6(b), Fed. R. Civ. P., and N. D. Fla. Loc. R. 6.1 and 7.1, Defendant NORTEK hereby moves this court to permit a twenty (20) day extension of time within which to file its responsive pleadings to the Complaint.

     2.     On or about March 14, 2019, NORTEK was served with the summons and a copy of the Complaint in this action.  NORTEK's response to the Complaint is due on April 4, 2019.

3.     Undersigned counsel is desirous of filing a response on behalf of the Defendant, however, commitments on other files, including out of town travel, have prevented undersigned counsel from providing full attention to the preparation of this responsive pleading and thereby from completing the necessary responsive pleading within the allotted time.

4.     Counsel for NORTEK requires the requested extension to prepare its response to the Complaint.

## Rule 7.1 (B) Certification

Pursuant to Local Rule 7.1, undersigned counsel or Defendant NORTEK hereby certifies that counsel for NORTEK has conferred with Plaintiff's counsel on April 3, 2019 regarding the requested relief and counsel for Plaintiff agrees to and does not oppose the relief requested herein.

Accordingly, Defendant NORTEK respectfully requests that this Court enter an order granting NORTEK a twenty (20) day extension of time to file and serve its response to Plaintiff's Complaint to and until April 24, 2019.

*s/Ben A. Andrews*_____
Ben A. Andrews (FBN 0775230)
PENNINGTON PA
215 South Monroe Street, 2nd Floor
Tallahassee FL  32301
(850) 222-3533 Telephone
(850) 222-2126 Facsimile
bandrews@penningtonlaw.com
Attorney for Defendant
Nortek Security & Control, LLC

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on this 3rd day of April, 2019, a true and correct copy of the foregoing was filed with the Clerk of Court by using the CM/ECF system, which will send a Notice of Electronic filing to counsel of record as listed below:

Howard Wernow
Sand, Sebold, & Wernow Co., LPA
Aegis Tower, Suite 1100
4940 Munson Street, N.W.
Canton, OH  44718-3615
Howard.Wernow@sswip.com

Of Counsel:
Peter J. Corcoran, III
Corcoran IP Law, PLLC
2019 Richmond Road, Suite 380
Texarkana, TX  75503
peter@corcoranip.com

this 3rd day of April, 2019

*s/Ben A. Andrews*
Ben A. Andrews